JULIE F. SHIPMAN, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, as Successor Trustee, Appellant and Respondent; JULIE F. SHIPMAN, as Executrix of EDSON BRADLEY, Deceased, Impleaded Defendant-Respondent, and PERCY F. MELVILLE et al., Impleaded Defendants-Respondents and Appellants.

Argued April 3, 1944; decided May 18, 1944.

*Louis J. Merrell* and *Louis J. Moss* for Title Guarantee and Trust Company, as successor trustee, defendant-appellant and respondent.

*Thomas B. Gilchrist, Catherine N. Lee* and *Hampton D. Ewing, Jr.,* for Barbara F. Jones and others, impleaded defendants-respondents and appellants.

*William F. Bleakley* and *Roswell P. C. May* for plaintiff-respondent.

Judgment affirmed, with costs payable out of the estate to all parties filing separate briefs in this court. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and THACHER, JJ. Taking no part: RIPPEY and DESMOND, JJ.